WILLIAM E. MOWBRAY, Appellant, *v.* HARRIET DE FOREST, as Ancillary Executrix of the Estate of WILLIAM H. DE FOREST, JR., Deceased, Respondent, Impleaded with Others.

(Submitted November 23, 1914; decided December 1, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 212 N. Y. 589.)

---

HENRY LEERBURGER, Appellant, *v.* HENRY R. C. WATSON, as Surviving Executor and Trustee under the Will of WILLIAM WATSON, Deceased, Respondent.

*Leerburger* v. *Watson*, 157 App. Div. 915, affirmed.
(Argued November 19, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1913, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term dismissing the complaint and directing specific performance on a counterclaim of defendant in an action to compel specific performance, with an abatement from the purchase price on account of certain alleged encroachments of a contract for the sale to the plaintiff of certain real property.

*Everett V. Abbot* for appellant.

*James J. Allen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, HOGAN and CARDOZO, JJ.